IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORETTA N. OLSON,

    Plaintiff,

v.                                                       Case No. 18-cv-01070-bbc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

**ORDER**

This cause coming before the Court on Defendant's Motion to Remand to the Commissioner for Further Administrative Proceedings dated July 2, 2019, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will remand to an Administrative Law Judge with instructions to: reevaluate the record, including the medical opinion evidence and Plaintiff's symptoms; proceed through the sequential evaluation process as needed to reach a new decision; if the evaluation reaches step four, reconsider Plaintiff's residual functional capacity; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

SO ORDERED this _14th_ day of _August_, 2019.

                                                                            *Barbara B. Crabb*
                                                                            HON. BARBARA B. CRABB
                                                                            U.S. District Judge